# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Civil Action No.: 2:24-cv-00144 |
| ) | |
| **CITY OF BRUNSWICK, GEORGIA** ) | |

## NOTICE OF ATTORNEY APPEARANCE

Now comes the United States of America, by and through Jill E. Steinberg, United States Attorney for the Southern District of Georgia, and enters the appearance of its undersigned Assistant United States Attorney in the above-captioned matter.

This 18th day of December, 2024.

Respectfully submitted,

JILL E. STEINBERG
U.S. ATTORNEY

*s/ Jennifer Stanley*

JENNIFER STANLEY
Assistant United States Attorney
Alabama State Bar No: 8400E77T
United States Attorney's Office
Southern District of Georgia
600 James Brown Blvd., Suite 200
Augusta, Georgia 30901
Telephone: (706) 724-0517
Facsimile: (706) 724-7728
E-mail: Jennifer.Stanley@usdoj.gov

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 18th day of December, 2024.

        JILL E. STEINBERG
        U.S. ATTORNEY

        *s/ Jennifer Stanley*

        JENNIFER STANLEY
        Assistant United States Attorney
        Alabama State Bar No: 8400E77T
        United States Attorney's Office
        Southern District of Georgia
        600 James Brown Blvd., Suite 200
        Augusta, Georgia 30901
        Telephone: (706) 724-0517
        Facsimile: (706) 724-7728
        E-mail: Jennifer.Stanley@usdoj.gov