UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br> Plaintiff, )<br>)<br>v. )<br>)<br>**CITY OF BRUNSWICK,** )<br>**GEORGIA** )<br>)<br>)<br> Defendant. ) | Civil Action No. 2:24-cv-00144 |

### NOTICE OF APPEARANCE

Notice is hereby given that Trial Attorney Ameya Ananth hereby appears in this matter on behalf of Plaintiff, the United States of America.

Dated: January 13, 2025            Respectfully submitted,

                                              KRISTEN CLARKE
                                              Assistant Attorney General
                                              Civil Rights Division

                                              */s/ Ameya S. Ananth*
                                              CARRIE PAGNUCCO
                                              Chief
                                              MICHAEL S. MAURER
                                              Deputy Chief
                                              AMEYA S. ANANTH
                                              Trial Attorney
                                              New York Bar No. 5432018
                                              Housing & Civil Enforcement Section
                                              950 Pennsylvania Ave. NW – 4CON
                                              Washington, DC 20530
                                              Phone: (202) 514-4713
                                              Fax: (202) 514-1116
                                              Ameya.Ananth@usdoj.gov

                                              *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing which was generated as a result of electronic filing in this Court.

Dated: January 13, 2025

                                              */s/ Ameya S. Ananth*
                                              AMEYA S. ANANTH
                                              Trial Attorney
                                              New York Bar No. 5432018
                                              Housing & Civil Enforcement Section
                                              950 Pennsylvania Ave. NW – 4CON
                                              Washington, DC 20530
                                              Phone: (202) 514-4713
                                              Fax: (202) 514-1116
                                              Ameya.Ananth@usdoj.gov