**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CIVIL ACTION NO.: 2:24-cv-144 |
| v. | |
| CITY OF BRUNSWICK, GEORGIA, | |
| Defendant. | |

## O R D E R

Defendant filed an Unopposed Motion to Stay, seeking to stay discovery pending resolution of its motion to dismiss.  Doc. 12.  Defendant's counsel represents Plaintiff does not oppose this Motion.  Id. at 1.  Upon review, the Court **GRANTS** the Motion and **STAYS** the proceedings in this case, including discovery, pending resolution of Defendant's motion to dismiss.  Should this case remain pending after the Court rules on the motion to dismiss, this stay will lift automatically, and the parties are to submit their Rule 26(f) report within 14 days of that ruling.

**SO ORDERED**, this 5th day of March, 2025.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA