# In the United States District Court for the Southern District of Georgia
## Brunswick Division

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CITY OF BRUNSWICK, GEORGIA,

    Defendant.

CV 2:24-144

### ORDER

Before the Court is Plaintiff's motion to continue the hearing on Defendant's motion to dismiss currently scheduled for June 17, 2025. Dkt. No. 16. After consideration of the motion, and Defendant having consented thereto, the motion is **GRANTED**. The motion hearing is hereby continued to Tuesday, June 5, 2025, at 1 o'clock p.m. at the federal courthouse in Brunswick, Georgia.

**SO ORDERED**, this 11 day of April, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA