# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CLERK'S MINUTES  - GENERAL

---

CASE NO.  **224-cv-144**                                                                 DATE  **6/5/2025**

TITLE  **UNITED STATES OF AMERICA v. CITY OF BRUNSWICK, GEORGIA**

TIMES  **1:00-1:45**                                                                       TOTAL  **45 minutes**

---

Honorable : **Lisa Godbey Wood, U. S. District Court Judge**     Courtroom Deputy : **Kim Mixon**

Court Reporter : **Debra Gilbert**                                             Interpreter :

---

Attorney for     Government                              Attorney for Defendant(s)           Defendant(s)

Ameya Ananth                                             Richard Strickland
Bradford Patrick Collins
Noah Sacks

---

PROCEEDINGS : **Motions Hearing**                                                          ✓ In Court
                                                                                          ☐ In Chambers

Here on City of Brunswick, Georgia'a Motion to Dismiss. Doc. 10.
Defense argument 1:02-1:27.
Plaintiff argument (Ameya Ananth) 1:28-1:43.
Parties are permitted to file additional briefing but not required.
Court adjourns. 1:45.

(Rev 7/2003)                                                                              GENERAL CLERK'S MINUTES