# In the United States District Court for the Southern District of Georgia Brunswick Division

UNITED STATES OF AMERICA

v.

CITY OF BRUNSWICK, GEORGIA

Defendant.

No. 2:24-CV-144

## ORDER

The parties are ordered to engage in mediation with the Honorable Brian K. Epps in an attempt to resolve the dispute. Judge Epps will contact each side to schedule the mediation.

**SO ORDERED**, this 12th day of June, 2025.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA