# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **2:24CV144**  DATE **July 30, 2025**

TITLE **USA v City of Brunswick**  TIMES **28 hours**

Honorable: **Brian K. Epps, United States Magistrate Judge**  Courtroom Deputy: **Courtnay Capps**

Court Reporter:

| Plaintiff | Defendant |
|---|---|
| **Attorney Ameya Ananth, Attorney Bradford Patrick, Attorney Noah Sacks, Virginia Ontiveros (intern)** | **Attorney Richard Strickland, counsel for City of Brunswick** |
| | **Attorney Emily R. Hancock, counsel for City of Brunswick, (by video)** |
| **Attorney James A. Yancey, Jr., Attorney for SES** | **Cosby Johnson, Mayor of the City of Brunswick** |
| **Attorney Douglas W. Alexander, Attorney for SES (by video)** | **Attorney Brian Corry, counsel for City of Brunswick** |
| **Reverend Wright Culpepper, CEO of FaithWorks** | **Kareem Klugh, Georgia Interlocal Risk Management Agency (by video)** |
| **Jim Davis, Board Member, FaithWorks** | |
| **Reverend Jenna Kennedy, Minister of Operations for FaithWorks** | |
| **Tab Miller, Director of Operations for FaithWorks** | |
| **Charles Malloy, Director of Development for FaithWorks** | |

PROCEEDINGS: **Mediation - Brunswick, Georgia**  ☐ In Court  ☑ In Chambers

NOTES:

Mediation held. Case settled.