# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 2:24-cv-00144 |
| **CITY OF BRUNSWICK, GEORGIA** | ) |
| Defendant. | ) |

## ORDER

Before the Court is the parties' Joint Motion to Dismiss the Complaint, pursuant to a Settlement Agreement resolving this matter. Upon consideration of the motion, and for good cause shown, the Court **GRANTS** the motion and dismisses the above-captioned action.

Dated: September _____, 2025

_____
Hon. Lisa Godbey Wood, Judge
United States District Court
Southern District of Georgia